1060

[No. 25637–8–I.  Division One.  July 29; 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
GEORGE BOWDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–8–05638–2, Steven G. Scott, J., entered
February 9, 1990. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Baker and Kennedy, JJ.

[No. 14226–1–II.  Division Two.  July 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK
MERLE LOCK, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 89–1–00634–1, James D. Ladley, J., entered
February 9, 1990. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Alexander, J.

[No. 14273–2–II.  Division Two.  July 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY P.
NORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90–1–00313–6, Daniel J. Berschauer, J.,
entered September 25, 1990. *Affirmed* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Worswick,
C.J., and Morgan, J.